# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

ANTHONY JAMES PETERSON,

    **Petitioner,**

v.                                                   Case No. 1:17-cv-301-AW-HTC

MARK S. INCH,

    **Respondent.**

_____/

## ORDER DENYING PETITION

This Court has considered the magistrate judge's October 22, 2019 report and recommendation. ECF No. 38. The Court has also considered Petitioner's objections (ECF No. 41) and has considered de novo the portions of the report and recommendation to which objections were made. The report and recommendation is accepted and adopted as the Court's opinion, notwithstanding Petitioner's objections. The Clerk is directed to enter judgment stating, "This Section 2254 Petition is DENIED." A certificate of appealability is DENIED. The Clerk will close the file.

SO ORDERED on December 26, 2019.

                                                          s/ *Allen Winsor*
                                                          United States District Judge